# Third District Court of Appeal

## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1467
Lower Tribunal No. 20-2576
_____

**Edrice Senevil,**
Appellant,

vs.

**Sabrina Jean Louis,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Elisabeth Espinosa, Judge.

Rafael J. Oropesa, Attorney at Law, P.A., and Rafael J. Oropesa, for appellant.

Sabrina Jean Louis, in proper person.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.